F. R. Patch Manufacturing Company, respondent,

*v.*

William A. Gahagan Company et al., appellants.

[Decided September 30th, 1921.]

On appeal from a decree of the court of chancery advised by Vice-Chancellor Griffin, whose opinion is reported in *93 N. J. Eq. 73.*

*Mr. Leon Abbett,* for the respondent.

*Mr. Robert Carey,* for the appellants.

Per Curiam.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Griffin.

*For affirmance*—The Chief-Justice, Swayze, Trenchard, Parker, Bergen, Minturn, Kalisch, Black, Katzenbach, Heppenheimer, Williams, Gardner, Ackerson, Van Buskirk—14.

*For reversal*—None.